| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

JERRY LYNN JOHNS §
(KEVIN LYNN REVELS), §
TDCJ 654284, §
            Plaintiff, §
§
*versus* §     CIVIL ACTION H-05-1791
§
§
DOUGLAS DRETKE, *et al.*, §
§
            Defendants. §

## Opinion on Dismissal

Jerry Lynn Johns, also known as Kevin Lynn Revels, filed this complaint. Johns has filed at least 66 other lawsuits in the federal courts. Several of them have warned or sanctioned him for his relentless abuse of the opportunity to sue.

As Johns knows, because of his abuse of federal courts, the United States District Court for the Eastern District of Texas sanctioned him $100 and barred him from filing further cases until he pays. *See Revels v. Director*, 9:97cv207 (E.D. Tex.).

The Court of Appeals for the Fifth Circuit barred Johns from filing *pro se* habeas pleadings or appeals in it or in a court within the Fifth Circuit, without the advance written permission of a judge of the forum court. *See In re: Kevin Revels*, No. 98-11423 (5th Cir.); *also see Revels v. Cornyn*, Civil Action No. H-01-1467 (S.D. Tex.). This Court sanctioned Johns $100 for his attempts to get around the bar by suing under the name Kevin Lynn Revels. *See Johns v. Cockrell*, Civil Action No. H-02-0927 (S.D. Tex.). Johns has not paid either of the two $100 sanctions.

Because he has not gotten permission, has not paid the sanctions, and has seriously abused the federal courts, this case is dismissed. The clerk will send a copy to the District Clerk for the Eastern District of Texas, Tyler Division, 211 West Ferguson, Tyler, Texas 75702, Attention: Betty Parker.

Signed and Entered June 6, 2005, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge